1  HUESTON HENNIGAN LLP
   Alison L. Plessman, State Bar No. 250631
2  aplessman@hueston.com
   Douglas J. Dixon, State Bar No. 275389
3  ddixon@hueston.com
   Craig A. Fligor, State Bar No. 323174
4  cfligor@hueston.com
   523 West 6th Street, Suite 400
5  Los Angeles, CA 90014
   Telephone:   (213) 788-4340
6  Facsimile:   (888) 866-4825

7  Attorneys for Defendant PacifiCorp

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  SUZANNE WHITE,                        Case No. 2:24-cv-01112-KJM-DMC

12         Plaintiff,                    **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 28 DAYS PURSUANT TO L.R. 144(a)**

13      vs.

14  PACIFICORP, an Oregon Corporation, and
    Does 1-200, inclusive,               District Judge: Hon. Kimberly J. Mueller
15                                        Courtroom 3
           Defendants.
16                                        Complaint Served: April 23, 2024
                                          Current Response Date: May 14, 2024
17                                        New Response Date: June 7, 2024

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

6655509

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

Defendant PacifiCorp ("PacifiCorp") and Plaintiff Suzanne White ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, and in accordance with Local Rule 144(a), hereby submit this joint stipulation to extend PacifiCorp's time to respond to Plaintiff's Complaint by no more than 28 days, as follows:

WHEREAS, Plaintiff filed this action on April 12, 2024;

WHEREAS, PacifiCorp was served with the Complaint on April 23, 2024;

WHEREAS, the initial deadline for PacifiCorp to answer or otherwise respond to the Complaint is currently May 14, 2024;

WHEREAS, counsel of record for the Parties have conferred, and Plaintiff's counsel has consented to extending the time within which PacifiCorp may respond to Plaintiff's Complaint from May 14, 2024 to June 7, 2024;

WHEREAS, there have been no prior extensions to PacifiCorp's time to respond to Plaintiff's Complaint;

WHEREAS, this stipulation is not made for the purpose of delay;

IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

The Parties agree that PacifiCorp's deadline to file a responsive pleading to Plaintiff's complaint shall be extended by twenty-four (24) days from May 14, 2024 to June 7, 2024.

IT IS SO STIPULATED.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| Dated: May 10, 2024 | | HUESTON HENNIGAN LLP |
| | By: | /s/ Craig A. Fligor |
| | | Alison L. Plessman |
| | | Douglas J. Dixon |
| | | Craig A. Fligor |
| | | Attorneys for Defendant PacifiCorp |
| Dated: May 10, 2024 | | SINGLETON SCHREIBER, LLP |
| | By: | /s/ John C. Lemon (as authorized on 5/7/24) |
| | | John C. Lemon |
| | | Mark F. Fleming |
| | | Attorneys for Plaintiff |
| | | Suzanne White |

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint, and for good cause shown, hereby ORDERS that PacifiCorp's deadline to file a responsive pleading to Plaintiff's complaint shall be extended by twenty-four (24) days from May 14, 2024 to June 7, 2024.

IT IS SO ORDERED.

DATED: May 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE