IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE WHITE,<br><br>            Plaintiff,<br><br>    v.<br><br>PACIFICORP,<br><br>            Defendant. | No.  2:24-CV-1112-KJM-DMC<br><br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brings this civil action.  On referral from the assigned District Judge, the matter is set for an initial status/scheduling conference before the undersigned on August 7, 2024, at 10:00 a.m., via Zoom.  On or before July 31, 2024, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

        IT IS SO ORDERED.

Dated:  June 17, 2024

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE