IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFICORP,<br><br>    Defendant. | No. 2:24-CV-1112-KJM-DMC<br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brings this civil action. On April 4, 2025, non-party United States of America (Movant) filed a notice of motion to quash a subpoena issued to the United States Department of Agriculture. See ECF No. 17. A hearing on Movant's motion was noticed for June 25, 2025, at 10:00 a.m., before the undersigned in Redding, California. See id. The notice states that Movant's motion will be supported by a joint statement to be filed pursuant to Eastern District of California Local Rule 251. See id.

        Local Rule 251(a) requires that discovery motions be supported by a joint statement filed at least 14 days prior to the scheduled hearing date. See E. Dist. Cal. Local Rule 251(a). Here, the last day to file the required joint statement was June 11, 2025. Because no joint statement has been filed as of the date of this order, the June 25, 2025, hearing will be vacated. See id.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The hearing on Movant's motion to quash, ECF No. 17, set for June 25, 2025, at 10:00 a.m., before the undersigned, is VACATED.

2. The Clerk of the Court is directed to terminate ECF No. 17 as a pending motion.

Dated:  June 13, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE